FILED
MAR - 9 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelo Richardson,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Civil Action No. 10 0387 |

## MEMORANDUM OPINION

Plaintiff Angelo Richardson has filed an application to proceed in forma pauperis and a pro se complaint. The application will be granted and the complaint will be dismissed.

The plaintiff has filed a one-page complaint that, aside from the caption and the signature block, states in its entirety:

COMPLAINT

Law suit against the economy editor, produder used of economic

Compl.

While complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), even *pro se* complaints must meet minimum the standards set by the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R.

Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As drafted, this complaint does not identify a claim, establish this court's jurisdiction over the defendant, a sovereign, or provide the defendant with notice of the factual allegations against it. Accordingly, the complaint will be dismissed without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.

A separate order accompanies this memorandum opinion.

Date: 2/7/2010

/s/ Henry Kennedy
United States District Judge